Opinion filed October 28,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00193-CV

                                                    __________

 

           JACQUELINE
BURTON AND GARY BURTON, Appellants

 

                                                             V.

 

                                CHIA-LIEN
WANG, M.D., Appellee



 

                                   On
Appeal from the 170th District Court

 

                                                        McLennan
County, Texas

 

                                                Trial
Court Cause No. 2008-4534-4

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Chia-Lien
Wang, M.D. has filed in this court a motion to dismiss the appeal for want for
prosecution.  Wang states that appellants’ brief is past due.  On October 11,
2010, the clerk of this court wrote the parties and requested that appellants
respond to the motion to dismiss on or before October 19, 2010.  There has been
no response to our October 11 letter.

            Therefore,
the motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

October 28, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.